# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01524-RPM-MJW

**RENE GOMEZ,**

    Plaintiff,

v.

**TIFFANY COMPANY,**

    Defendant.

___

### ORDER RE: DEFENDANT'S UNOPPOSED MOTION TO AMEND CASE CAPTION
___

    Upon consideration of Defendant's Unopposed Motion to Amend Case Caption [5], filed on July 29, 2010, it is

    ORDERED that the motion is granted and the caption for the above-entitled case shall be amended to change the Defendant's name from "Tiffany Company" to "Tiffany and Company."

    Effective immediately, the caption shall be: "Rene Gomez, Plaintiff v. Tiffany and Company, Defendant."

    DATED: July 30th, 2010

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Senior Judge Richard P. Matsch
                                                United States District Court