IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01524-RPM

RENE GOMEZ,

    Plaintiff,

v.

TIFFANY AND COMPANY,

_____

## ORDER OF DISMISSAL
_____

    Upon review of plaintiff's complaint, filed June 28, 2010, the defendant's motion to dismiss, filed August 18, 2010 and the plaintiff's response, filed September 3, 2010, the Court finds and concludes that the complaint is insufficient to state a claim for relief because it alleges only conclusions without alleging a factual basis for those conclusions. Accordingly it is

    ORDERED that the complaint is dismissed pursuant to Fed.R.Civ.P. 12(b)(6) with leave to amend by filing a legally sufficient amended complaint on or before September 27, 2010.

    Dated: September 7th, 2010

                                               BY THE COURT:

                                               s/Richard P. Matsch

                                               _____

                                               Richard P. Matsch, Senior District Judge