IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01524-RPM

RENE GOMEZ,

    Plaintiff,

v.

TIFFANY AND COMPANY,

_____

ORDER DENYING MOTION TO DISMISS
_____

    Upon examining the allegations of the plaintiff's amended complaint, filed September 24, 2010, and the defendant's motion to dismiss, filed October 12, 2010, and upon the finding that the amended complaint sufficiently states claims for relief, it is

    ORDERED that the motion to dismiss is denied.

    Dated: October 20th, 2010

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge