# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01524-RPM

**RENE GOMEZ,**

    Plaintiff,

v.

**TIFFANY AND COMPANY**

    Defendant.

___

## ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND THE DISPOSITIVE MOTION DEADLINE

___

Upon consideration of Defendant's Second Unopposed Motion to Amend the Scheduling Order to Extend the Dispositive Motion Deadline [25], filed on June 22, 2011, it is

ORDERED that the motion is granted and the deadline for the parties to file dispositive motions shall be amended from June 22, 2011 to July 22, 2011.

Dated this 23rd day of June, 2011.

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Senior Judge Richard P. Matsch