IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01524-RPM

RENE GOMEZ,

    Plaintiff,

v.

TIFFANY AND COMPANY,

    Defendant.

_____

## ORDER STAYING CASE
_____

    Pursuant to the Joint Status Report Regarding Settlement, filed August 18, 2011 [28], it is

    ORDERED that this civil action is stayed and parties shall file a joint stipulation of dismissal or another status report on or before September 19, 2011.

    DATED:  August 19th, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge