IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01524-RPM

RENE GOMEZ,

    Plaintiff,

v.

TIFFANY AND COMPANY,

    Defendant.

---

## ORDER CONTINUING STAY

Pursuant to the Second Joint Status Report Regarding Settlement [30] filed September 19, 2011, it is

ORDERED that the stay of these proceedings is continued up to and including October 19, 2011.

Dated: September 20, 2011

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge