IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01524-RPM

RENE GOMEZ,

    Plaintiff,

v.

TIFFANY AND COMPANY,

    Defendant.

___

ORDER FOR DISMISSAL
___

Pursuant to the Stipulation of Dismissal with Prejudice [32] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and fees.

Dated: October 6th, 2011

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge